



## MEMORANDUM OPINION

No. 04-10-00011-CV

**HEARST NEWSPAPERS, LLC D/B/A SAN ANTONIO EXPRESS-NEWS**,
Robert Rivard, Bob Richter and Steve Quintana,
Appellants

v.

Harry **PAGE**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-07082
Honorable Peter Sakai, Judge Presiding

PER CURIAM

Sitting:  Phylis J. Speedlin, Justice
     Rebecca Simmons, Justice
     Steven C. Hilbig, Justice

Delivered and Filed: March 31, 2010

REINSTATED AND DISMISSED

On March 2, 2010, upon the parties' joint request, this court abated this appeal to permit the parties to finalize their settlement. Appellants have filed a motion to dismiss this appeal stating that all issues have been settled and requesting that this court dismiss the appeal. The motion contains a certificate of service to appellee, who does not oppose the motion. Therefore, we reinstate the

appeal, grant the appellants' motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred same.

PER CURIAM